**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VICTOR LUCIANO CONTENTO LABANDA,<br><br>Petitioner,<br>v.<br><br>ANTONE MONIZ, et. al.,<br><br>Respondents. | Civil Action No. 26-cv-12702-LTS |

**STATUS REPORT**

Pursuant to this Court's Order, Petitioner was given a bond hearing on June 25, 2026. Petitioner was ordered released on $12,500. On June 26, 2026, Petitioner posted bond and has been released.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: June 30, 2026

By: *<u>/s/ Ben Tolkoff</u>*

BENJAMIN TOLKOFF
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3183
Email: Benjamin.Tolkoff@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Benjamin Tolkoff, Assistant U.S. Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: June 30, 2026

By: */s/ Ben Tolkoff*
BENJAMIN TOLKOFF
Assistant U.S. Attorney